1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA *ex rel.* **[UNDER SEAL]**; and **[UNDER SEAL]**, individually,<br><br>      Plaintiff[s],<br><br>            v.<br><br>**[UNDER SEAL]**,<br><br>      Defendant[s]. | No. CV 20-06049-FMO (AGRx)<br><br>ORDER RE ELECTION BY THE UNITED STATES AND CALIFORNIA TO DECLINE INTERVENTION AND UNSEALING OF CASE<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES AND CALIFORNIA TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE] |

1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

14 | UNITED STATES OF AMERICA and
the STATE OF CALIFORNIA *ex rel.*
15 | QUORINNE MORADO; and
QUORINNE MORADO, individually,
16
Plaintiffs,
17
v.
18
AIMANT HOPSICE, INC.;
19 | OSAMAMWODE OGBEIWI, NPF;
PETER BALINGIT, MD; and
20 | ARWENA BAUTISTA, RN,
21
Defendants.

No. CV 20-06049-FMO (AGRx)

ORDER RE ELECTION BY THE UNITED
STATES AND CALIFORNIA TO
DECLINE INTERVENTION AND
UNSEALING OF CASE

**[LODGED UNDER SEAL PURSUANT
TO THE FALSE CLAIMS ACT, 31
U.S.C. §§ 3730(b)(2) and (3)]**

[FILED CONCURRENTLY UNDER
SEAL: NOTICE OF ELECTION BY THE
UNITED STATES AND CALIFORNIA TO
DECLINE INTERVENTION AND
STIPULATION RE UNSEALING OF
CASE]

22

23

24

25

26

27

28

1    The United States of America ("United States") and the State of California

2 ("California") having declined to intervene in the above-captioned action ("this action")

3 pursuant to 31 U.S.C. § 3730(b)(4)(B) and Cal. Gov. Code § 12652(a)(3)(B), and the

4 United States, California, and *qui tam* plaintiff Quorrine Morado (the "relator") having

5 stipulated to the unsealing of the case with certain exceptions, the Court now orders as

6 follows:

7    IT IS ORDERED that:

8    1.    The seal is lifted from this action in all respects, except as specified in

9 Paragraph 3 below.  The Complaint is unsealed and the relator shall serve it upon the

10 defendants;

11    2.    This Order and the Notice of Election by the United States and California to

12 Decline Intervention and Stipulation Re Unsealing of Case are both unsealed, and the

13 relator shall serve both upon the defendants with the Complaint;

14    3.    All other contents of the Court's file in this action, filed and lodged to date,

15 shall remain permanently under seal and shall not be made public or served upon any

16 defendant or other party or person;

17    4.    The seal is lifted as to all papers and records filed or lodged in this action

18 after the date of this Order;

19    5.    The parties shall serve all pleadings, notices, motions, orders, and other

20 papers hereafter filed or lodged in this action, including supporting memoranda and any

21 notice of appeal, upon the United States and California as provided for in 31 U.S.C.

22 § 3730(c)(3) and Cal. Gov. Code § 12652(f)(1); and

23 //

24 //

25 //

26 //

27 //

28 //

1

1    6.    Should the relator or defendants propose that this action be dismissed,

2  settled, or otherwise discontinued, the parties shall provide the United States and

3  California with notice of the same and the Court will provide the United States and

4  California with an opportunity to be heard before ruling or granting its approval.

5       IT IS SO ORDERED.

6

7
    Dated:_____September 10, 2021_____         _____/s/_____

8                                                     FERNANDO M. OLGUIN

9                                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PROOF OF SERVICE BY EMAIL

I am over the age of 18 and not a party to the above-captioned action.  I am employed by the Office of United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On September 8, 2021 I served the [PROPOSED] ORDER RE ELECTION BY THE UNITED STATES AND CALIFORNIA TO DECLINE INTERVENTION AND UNSEALING OF CASE on each person or entity named below by e-mail.

Date of emailing:  September 8, 2021.  Place of emailing:  Los Angeles, California.

Person(s) and/or Entity(s) to whom emailed:

PATRICK ALMONRODE
(patalmonrode@jtblawgroup.com)
JASON T. BROWN
(jtb@jtblawgroup.com)
BENJAMIN LIN
(ben.lin@jtblawgroup.com)
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, New Jersey 07310
Attorneys for Relator Quorrine Morado

LORA FOX MARTIN
(lora.martin@doj.ca.gov)
Attorney for Plaintiff State of California

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2021, at Los Angeles, California.

_Ross M. Cuff_
ROSS M. CUFF

3